UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------x

ROBERTA DANZA,

                      Plaintiff,

-against-

PLANNED FURNITURE PROMOTIONS, INC.
and WAGE SOLUTIONS, INC.,

                      Defendants.

---------------------------------x

Case No.: 2:18-cv-03654-SDW-CLW

STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, no party to the above action is an infant, an incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants that this action shall be, and hereby is, <u>dismissed in its entirety with prejudice</u>, each party bearing its own costs and expenses.

This Stipulation may be signed in counterparts, and facsimile signatures will constitute originals for the purpose of this Stipulation.

Dated: New York, New York
June __, 2018

By: _____
Jason T. Brown
JTB Law Group, LLC
155 2nd Street, Suite 4
Jersey City, NJ 07302
(877) 561-0000
Fax: (855) 582-5297
*Counsel to Robert Danza*

By: _____
David E. Strand
Fisher Phillips LLP
430 Mountain Avenue, Suite 303
Murray Hill, NJ 07974
(908) 516-1066

By: _____
Jeffrey Berkowitz
66 Route 17 North, Suite 500
Paramus, NJ 07652
(201) 291-8660
Fax: (201) 291-8662
*Counsel to Planned Furniture Promotions, Inc.*

So Ordered this 31st day of July 2018

Susan D. Wigenton, U.S.D.J.

Page 9 of 10

Doc ID: 580f38d49ab28c892a29c1144b178a03bad41e0f

Fax: (908) 516-1051
*Counsel to Wage Solutions, Inc.*

Doc ID: 580l36d49ab26c692a28c1144b176a03bad41e0f